**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

### Case No. 17–24441–TPA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

  Denis P. Kufner Jr.
  8880 Kind Road
  Pittsburgh, PA 15237

Social Security No.:
  xxx–xx–8861

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Russell A. Burdelski | Ronda J. Winnecour |
| The Law Offices of Russell A. Burdelski | Suite 3250, USX Tower |
| 1020 Perry Highway | 600 Grant Street |
| Pittsburgh, PA 15237–2109 | Pittsburgh, PA 15219 |
| Telephone number:  412–366–1511 | Telephone number:  412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| February 12, 2018 | February 12, 2018 |
| 10:00 AM | 10:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/10/18

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 17-24441-TPA
Denis P. Kufner, Jr.                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil          Page 1 of 2          Date Rcvd: Jan 10, 2018
                              Form ID: rsc13      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
```
db           +Denis P. Kufner, Jr.,   8880 Kind Road,   Pittsburgh, PA 15237-4420
cr           +North Allegheny School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,
              Suite 3,   Pittsburgh, PA 15235-4441
14728403     +CAPITAL ONE,   PO BOX 30281,   Salt Lake City, UT 84130-0281
14741881     +Cascade Funding Mortgage Trust 2017-1,   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14723018     +FV-1, INC.,   C/O STERN & EISENBERG,   261 OLD YORK, STE 410,   Jenkintown, PA 19046-3722
14723019      FV-1, INC,   5401 N. Beach Street,   Fort Worth, TX 76137-2733
14742000     +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
14728407     +LVNV FUNDING, LLC,   PO BOX 1269,   Greenville, SC 29602-1269
14728408     +PEOPLES GAS,   PO BOX 644760,   Pittsburgh, PA 15264-4760
14732798     +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14728409     +SPECIALIZED LOAN SERVICING,   8742 LUCENT BLVD. SUITE 300,   Littleton, CO 80129-2386
14728411      WEST VIEW WATER AUTHORITY,   210 PERRY HIGHWAY,   Pittsburgh, PA 15229-1895
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2018 02:13:20    Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14728406      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 02:13:58    JEFFERSON CAPITAL SYSTEMS LLC,
              16 MCLELAND ROAD,   Saint Cloud, MN 56303
14747326      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 02:13:58    Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
14732425      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2018 02:15:54
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14728410      E-mail/Text: bankruptcy@firstenergycorp.com Jan 11 2018 02:13:49    WEST PENN POWER,
              PO BOX 3687,   Akron, OH 44309-3687
                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Cascade Funding Mortgage Trust 2017-1
cr*          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14729798*    +CAPITAL ONE,   PO BOX 30281,   Salt Lake City, UT 84130-0281
14728404*    +FV-1, INC.,   C/O STERN & EISENBERG,   261 OLD YORK, STE 410,   Jenkintown, PA 19046-3722
14729799*    +FV-1, INC.,   C/O STERN & EISENBERG,   261 OLD YORK, STE 410,   Jenkintown, PA 19046-3722
14728405*     FV-1, INC,   5401 N. Beach Street,   Fort Worth, TX 76137-2733
14729800*     FV-1, INC,   5401 N. Beach Street,   Fort Worth, TX 76137-2733
14729801*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
             (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,   16 MCLELAND ROAD,
              Saint Cloud, MN 56303)
14729802*    +LVNV FUNDING, LLC,   PO BOX 1269,   Greenville, SC 29602-1269
14729803*    +PEOPLES GAS,   PO BOX 644760,   Pittsburgh, PA 15264-4760
14729804*    +SPECIALIZED LOAN SERVICING,   8742 LUCENT BLVD. SUITE 300,   Littleton, CO 80129-2386
14729805*     WEST PENN POWER,   PO BOX 3687,   Akron, OH 44309-3687
14729806*     WEST VIEW WATER AUTHORITY,   210 PERRY HIGHWAY,   Pittsburgh, PA 15229-1895
                                                                      TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                    Signature:   /s/Joseph Speetjens

District/off: 0315-2          User: bsil                Page 2 of 2            Date Rcvd: Jan 10, 2018
                             Form ID: rsc13            Total Noticed: 17

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce   on behalf of Creditor   North Allegheny School District jlc@mbm-law.net
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Denis P. Kufner, Jr. atyrusb@choiceonemail.com
              S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                              TOTAL: 6