Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Denis P. Kufner Jr.** | : | Case No. 17−24441−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Per March 29, 2018 proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 5th of April, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 17-24441-TPA
Denis P. Kufner, Jr.                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0315-2           User: lmar              Page 1 of 2              Date Rcvd: Apr 05, 2018
                               Form ID: 309            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             +Denis P. Kufner, Jr.,    8880 Kind Road,    Pittsburgh, PA 15237-4420
cr             +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,
                 Suite 3,    Pittsburgh, PA 15235-4441
14741881       +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14723018       +FV-1, INC.,    C/O STERN & EISENBERG,    261 OLD YORK, STE 410,    Jenkintown, PA 19046-3722
14723019        FV-I, INC,    5401 N. Beach Street,    Fort Worth, TX 76137-2733
14742000       +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
14728407       +LVNV FUNDING, LLC,    PO BOX 1269,    Greenville, SC 29602-1269
14728408       +PEOPLES GAS,    PO BOX 644760,   Pittsburgh, PA 15264-4760
14732798       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14728409       +SPECIALIZED LOAN SERVICING,    8742 LUCENT BLVD. SUITE 300,    Littleton, CO 80129-2386
14803693        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14804617        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14728411        WEST VIEW WATER AUTHORITY,    210 PERRY HIGHWAY,    Pittsburgh, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14728403       +EDI: CAPITALONE.COM Apr 06 2018 05:28:00     CAPITAL ONE,    PO BOX 30281,
                 Salt Lake City, UT 84130-0281
14728406        EDI: JEFFERSONCAP.COM Apr 06 2018 05:28:00     JEFFERSON CAPITAL SYSTEMS LLC,
                 16 MCLELAND ROAD,    Saint Cloud, MN 56303
14747326        EDI: JEFFERSONCAP.COM Apr 06 2018 05:28:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
14805578        EDI: RESURGENT.COM Apr 06 2018 05:28:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Santander Consumer USA,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14785764       +EDI: MID8.COM Apr 06 2018 05:28:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 Warren MI 48090-2011
14732425        EDI: PRA.COM Apr 06 2018 05:28:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14760906        EDI: AIS.COM Apr 06 2018 05:28:00     Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14728410        E-mail/Text: bankruptcy@firstenergycorp.com Apr 06 2018 01:37:38     WEST PENN POWER,
                 PO BOX 3687,    Akron, OH 44309-3687
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cascade Funding Mortgage Trust 2017-1
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14729798*      +CAPITAL ONE,    PO BOX 30281,    Salt Lake City, UT 84130-0281
14729799*      +FV-1, INC.,    C/O STERN & EISENBERG,    261 OLD YORK, STE 410,    Jenkintown, PA 19046-3722
14728404*      +FV-1, INC.,    C/O STERN & EISENBERG,    261 OLD YORK, STE 410,    Jenkintown, PA 19046-3722
14728405*       FV-I, INC,    5401 N. Beach Street,    Fort Worth, TX 76137-2733
14729800*       FV-I, INC,    5401 N. Beach Street,    Fort Worth, TX 76137-2733
14729801*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    16 MCLELAND ROAD,
                 Saint Cloud, MN 56303)
14729802*      +LVNV FUNDING, LLC,    PO BOX 1269,    Greenville, SC 29602-1269
14729803*      +PEOPLES GAS,    PO BOX 644760,   Pittsburgh, PA 15264-4760
14729804*      +SPECIALIZED LOAN SERVICING,    8742 LUCENT BLVD. SUITE 300,    Littleton, CO 80129-2386
14729805*       WEST PENN POWER,    PO BOX 3687,    Akron, OH 44309-3687
14729806*       WEST VIEW WATER AUTHORITY,    210 PERRY HIGHWAY,    Pittsburgh, PA 15229-1895
                                                                                 TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: lmar                  Page 2 of 2                   Date Rcvd: Apr 05, 2018
                               Form ID: 309                Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce     on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski     on behalf of Debtor Denis P. Kufner, Jr. atyrusb@choiceonemail.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```